IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CYNTHIA ROUTH                                                             PLAINTIFF

V.                      NO. 4:09cv00094 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                      DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 18th day of March, 2010.

                                                             _____
                                                             UNITED STATES MAGISTRATE JUDGE